ROGER E. GOLD [SBN 214802]
rgold@rgoldlegal.com
CECIL B. CRAIN (State Bar No. 252780)
ccrain@rgoldlegal.com
**GOLD LAW FIRM**
555 Montgomery Street, Suite 605
San Francisco, CA 94111
Tel: (415) 986-1338
Fax: (415) 373-4579

Attorney for Plaintiffs
DELIA GONZALES and
JERRY GONZALES

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA MORENO GONZALES and JERRY GONZALES,<br><br>Plaintiffs<br><br>vs.<br><br>AW CHESTERTON, et al.<br><br>Defendants. | ASBESTOS<br><br>Case No. 2:20-cv-05021-JFW(PJWx)<br><br>**ORDER**<br><br>**RE: STIPULATION TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT** |

**A. Recitals**

1. This action was filed in the Los Angeles Superior Court on April 26, 2016.

2. Based on information contained in the Fact Sheet attached to the Complaint to the effect that Plaintiff Delia Moreno Gonzales had been exposed to asbestos brought home by her father or her ex-husband from

the Long Beach Naval Shipyard, defendant Metalclad Insulation LLC ("Metalclad") filed a notice of removal based on federal enclave on June 4, 2020, removing this action to the United States District Court, Central District of California. (Dkt. 1.)

3. On June 15, 2020, the Hon. John F. Walter, Judge of the United States District Court, Central District of California, issued an Order to Show Cause as to why this action should not be remanded and required the parties to file responses no later than June 22, 2020. (Dkt. 77.)

4. Metalclad intended to file a response with authorities supporting why federal enclave jurisdiction is proper, but based on Plaintiffs' agreement below, it will not file such a response.

B. **Stipulation**

5. Plaintiffs hereby waive and disclaim any claim for damages arising out of any asbestos exposures to Plaintiff Delia Moreno Gonzales originating from or relating to any incident, act, or conduct arising out of the Long Beach Naval Shipyard, including onboard ships at the shipyard.

6. Based on the waiver above, the parties, by and through their attorneys of record, hereby stipulate that Metalclad shall, and hereby does, withdraw its Notice of Removal, and stipulate and agree that this

action to be immediately remanded to the Los Angeles Superior Court.

**SO STIPULATED**

DATED: June 19, 2020            **GOLD LAW FIRM**

_____
ROGER GOLD
Attorney for Plaintiffs

DATED: June 19, 2020            **DENTONS US LLP**

_____
SYLVIA CHIU
Attorney for Defendant
Metalclad Insulation LLC

**SO ORDERED**

Dated: June 22, 2020

_____
The Hon. John F. Walter
Judge of the United States District Court
Central District of California

ORDER Stipulation to Remand Action to Los Angeles Superior Court